SIDNEY Z. STONE, Appellant, *v.* PATERSON MUTUAL HOSIERY MILLS, INC., Respondent.

(Submitted November 17, 1930; decided November 19, 1930.)

*Isidore Lowenbraun* for motion.
*William F. McNulty* opposed.

Motion granted upon condition that the appellant within ten days pay the taxable costs and disbursements on the appeal to the Appellate Division and also on the appeal to this court and ten dollars costs of motion; otherwise, motion denied, with ten dollars costs.